# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BAYVIEW LOAN SERVICING, LLC

VERSUS

SEDRIC MORRIS WILSON AND
SEVETRI MONIQUE WILSON

NO.  2022 CW 1226

**FEBRUARY 27, 2023**

---

In Re:    Sedric Morris Wilson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20200002076.

---

**BEFORE:    McCLENDON, HOLDRIDGE, CHUTZ, HESTER, AND GREENE, JJ.**

**WRIT GRANTED.** The denial of the motion to withdraw matters deemed admitted filed by defendant, Sedric Morris Wilson, is reversed.    Regarding    discovery    admissions,    "technical considerations"    should    not    "prevail    to    the    detriment    of substantial justice." **Voisin v. Luke,** 191 So.2d 503, 507 (La. 1966).    We find plaintiff, Bayview Loan Servicing, LLC, failed to show it would be prejudiced by the withdrawal; further, we find that a presentation of the merits will be subserved if a withdrawal    is    denied.    See    La.    Code    Civ.    P.    art.    1468. Accordingly, the motion to withdraw matters deemed admitted is granted.

**PMc**

**GH**

**WRC**

**CHH**

**Greene, J.,** dissents and would deny the writ application. Requests for admission are "admitted unless, within thirty days after service of the request, or within such shorter or longer time as the court may allow, the party to whom the request is directed    serves    upon    the    party    requesting    the    admission    a written answer or objection addressed to the matter." La. Code Civ.    P.    art.    1467.    Further,    any    matter    admitted    is "conclusively    established"    unless    the    trial    court    permits withdrawal, which it "*may* permit … when the presentation of the merits of the action will be subserved thereby and the party who obtained    the    admission    fails    to    satisfy    the    court    that withdrawal or amendment will prejudice him." La. Code Civ. P. art. 1468 (emphasis added).    A trial court has broad discretion in discovery matters, and such discretion will not be disturbed on appeal absent a clear showing of abuse. **Bell v. Treasure Chest Casino, L.L.C.,** 2006-1538 (La. 2/22/07), 950 So.2d 654, 656. Here, the district court exercised reasonable discretion and found a withdrawal was not warranted.

COURT OF APPEAL, FIRST CIRCUIT

α.SN

---
DEPUTY CLERK OF COURT
FOR THE COURT